UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TODD L. MURRAY,

          Plaintiff,

-against-

MILTON E CASH, and NIGHTHALL TRANSPORT INC.,

          Defendants.

1:19-cv-09615-MKV

ORDER

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/16/2020

MARY KAY VYSKOCIL, United States District Judge:

      In response to the spread of COVID-19 (coronavirus), the President of the United States has declared a national emergency, the Governor of New York has banned large gatherings, and the Centers for Disease Control and Prevention and other public health authorities have advised taking precautions to reduce the possibility of exposure to the virus. *In re Coronavirus/COVID-19 Pandemic* [M10-468, 20MISC00155]. Accordingly:

      It is hereby ORDERED that the Initial Pretrial Conference scheduled to take place on Thursday, March 19, 2020 is adjourned *sine die*. The Court is in receipt of the parties' joint letter and proposed Case Management Plan, filed on March 12, 2020, [ECF #9] and will issue a Scheduling Order based on those filings.

**SO ORDERED.**

**Date: March 16, 2020**
**New York, NY**

                                                    **MARY KAY VYSKOCIL**
                                                    **United States District Judge**